IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PARISO, on behalf of himself and all others similarly situated, | |
| Plaintiffs, | No. C 17-03557 WHA |
| v. | **ORDER DENYING STIPULATION** |
| THRESHOLD PHARMACEUTICALS, INC., *et al.* | |
| Defendants. | |

The parties stipulated dismissal provides, among other things, that the Court will retain jurisdiction of the action solely for the purpose of determining plaintiff's fee application, and will set a briefing schedule to resolve any fee dispute that arises. Our Civil Local Rules provide the procedures to move for fees, and the Court will not deviate from these rules. Therefore, the stipulation and proposed order is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 26, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE