IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR PARISO, on behalf of himself and all others similarly situated,

    Plaintiffs,

 v.

THRESHOLD PHARMACEUTICALS, INC., *et al.*

    Defendants.

No. C 17-03557 WHA

**ORDER GRANTING STIPULATION AS MODIFIED**

The parties in this action have stipulated to a dismissal with prejudice as to the named plaintiff, Victor Pariso. They provided the following terms for dismissal:

1. The above-captioned action is dismissed with prejudice, as to Victor Pariso, pursuant to Federal Rule of Civil Procedure 41(a). The dismissal is as to the named plaintiff only and has no effect upon the absent members of the putative class.

2. The Court shall retain jurisdiction of the Action solely for the purpose of determining plaintiff's forthcoming fee application, if such fee application becomes necessary.

3. To the extent that the parties are unable to reach an agreement concerning a fee award, and if Plaintiff intends to file a fee application, Plaintiff shall file a petition and supporting papers seeking such relief, with the hearing to be noticed in accordance with Civil Local Rule 7-2.

4. If the Parties reach an agreement concerning a Fee Award, they will notify the Court. Upon such notification, the Court will close the action.

The stipulation is granted with the following modification. To the extent a fee dispute arises, the parties shall file a fee application no later than **SEPTEMBER 14**. If no fee application is filed as of that date, the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 23, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE